

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00271-CV

**IN THE INTEREST OF J.A.P.** and B.A.R., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA00857
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings in accordance with this court's opinion. Costs of the appeal are taxed against appellee Texas Department of Family and Protective Services.

SIGNED October 31, 2016.

_____
Rebeca C. Martinez, Justice